UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES T. MURZIKE,
    Plaintiff,

vs.                                                 Case No.: 4:25cv191/MCR/MAF

WARDEN HEWETT, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued an Amended Report and Recommendation on May 2, 2025 (Doc. 9) and a Supplemental Report and Recommendation on May 7, 2025 (Doc. 11). The Court furnished the Plaintiff a copy of both and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Amended Report and Recommendation and Supplemental Report and Recommendation and the record, I have determined the Amended Report and Recommendation and Supplemental Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Amended Report and Recommendation (Doc. 9) and Supplemental Report and Recommendation (Doc. 11) are adopted and incorporated by reference in this Order.

2. The motion to proceed in forma pauperis (Doc. 2) is **DENIED**.

3. The motions for preliminary injunction (Doc. 8) and emergency injunction (Docs. 10 and 14) are **DENIED**.

4. The motion to compel (Doc. 13) is **DENIED**.

5. This case is **DISMISSED without prejudice** pursuant to 28 U.S.C § 1915(g) and as malicious pursuant to 28 U.S.C § 1915A.

6. The Clerk of Court is directed to terminate any pending motions, enter judgment stating, "This case is dismissed without prejudice pursuant to 28 U.S.C §§ 1915(g) and 1915A(b)(1)," and close this case.

**DONE AND ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**